**FILED**

JUN - 8 2007

CO-386-online
10/03

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

| | | |
|---|---|---|
| Concilio de Salud Integral de Loiza, Inc., et al. )<br>)<br>)<br>vs  Plaintiff )<br>)<br>U.S. Department of Health & Human Services, et al. )<br>)<br>Defendant ) | Civil | Case: 1:07-cv-01034<br>Assigned To : Collyer, Rosemary M.<br>Assign. Date : 6/8/2007<br>Description: Admn. Agency Review |

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __plaintiffs__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __plaintiffs__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

Signature

DC Bar No. 23796
BAR IDENTIFICATION NO.

James L. Feldesman
Print Name

2001 L Street, N.W., Second Floor
Address

Washington, DC 20036
City    State    Zip Code

(202) 466-8960
Phone Number

3