UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Concilio de Salud Integral de Loiza, Inc().  
Apartado 509 )  
Carretera No. 188 Int. No. 187 )  
Loiza, Puerto Rico 00772, )  
)  
    and )  
)  
Junta del Centro de Salud Comunal )  
Dr. José S. Belaval, Inc. )  
Oficina Director Ejecutivo )  
P.O. Box 14457 )  
Santurce, Puerto Rico 00916, )  
)  
    Federally-qualified health )  
    center plaintiffs, )  
)  
    and )  
)  
Ricardo Pizarro Carrasquillo )  
Board Member )  
Concilio de Salud Integral de Loiza, Inc. )  
Apartado 509 )  
Carretera No. 188 Int. No. 187 )  
Loiza, Puerto Rico 00772, )  
)  
    and )  
)  
Rebeca Fuentes )  
Board Member )  
Concilio de Salud Integral de Loiza, Inc. )  
Apartado 509 )  
Carretera No. 188 Int. No. 187 )  
Loiza, Puerto Rico 00772, )  
)  
    and )  
)

| | |
|---|---|
| Juan Cruz | ) |
| Board Member | ) |
| Junta del Centro de Salud Comunal | ) |
| Dr. José S. Belaval, Inc. | ) |
| Oficina Director Ejecutivo | ) |
| P.O. Box 14457 | ) |
| Santurce, Puerto Rico 00916, | ) |
| | ) |
| and | ) |
| | ) |
| Sonia Laviena | ) |
| Board Member | ) |
| Junta del Centro de Salud Comunal | ) |
| Dr. José S. Belaval, Inc. | ) |
| Oficina Director Ejecutivo | ) |
| P.O. Box 14457 | ) |
| Santurce, Puerto Rico 00916, | ) |
| | ) |
| and | ) |
| | ) |
| Irma Garay | ) |
| Board Member | ) |
| Junta del Centro de Salud Comunal | ) |
| Dr. José S. Belaval, Inc. | ) |
| Oficina Director Ejecutivo | ) |
| P.O. Box 14457 | ) |
| Santurce, Puerto Rico 00916, | ) |
| | ) |
| and | ) |
| | ) |
| Maria Carrion | ) |
| Board Member | ) |
| Junta del Centro de Salud Comunal | ) |
| Dr. José S. Belaval, Inc. | ) |
| Oficina Director Ejecutivo | ) |
| P.O. Box 14457 | ) |
| Santurce, Puerto Rico 00916, | ) |
| | ) |
| and | ) |
| | ) |

| | |
|---|---|
| Lourdes Lorenzana )<br>Board Member )<br>Junta del Centro de Salud Comunal )<br>Dr. José S. Belaval, Inc. )<br>Oficina Director Ejecutivo )<br>P.O. Box 14457 )<br>Santurce, Puerto Rico 00916, )<br>                 Individual Plaintiffs, )<br>v. )<br>U.S. Department of Health and Human )<br> Services )<br>200 Independence Avenue, S.W. )<br>Washington, D.C. 20201, )<br>     and )<br>Michael Leavitt, Secretary )<br>U.S. Department of Health and Human )<br> Services )<br>200 Independence Avenue, S.W. )<br>Washington, D.C. 20201 )<br>                 Defendants. ) | Case No. 07-01034 (RMC) |

### ERRATA

Counsel for plaintiffs hereby files an amended page six of his Complaint filed June 8, 2007.

Respectfully submitted,

Date: June 12, 2007

_____
James L. Feldesman
DC Bar No. 23796
Feldesman Tucker Leifer Fidell LLP
2001 L Street, N.W., Second Floor
Washington, D.C. 20036
(202) 466-8960 (telephone)
(202) 293-8103 (facsimile)
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2007 that a copy of the foregoing Errata was mailed US Mail, postage prepaid, to the following:

United States Department of Health and Human Services
c/o Michael O. Leavitt
200 Independence Avenue, SW
Washington, DC 20201

Michael O. Leavitt
US Department of Health and Human Services
200 Independence Avenue, SW
Washington, DC 20201

Jeffrey A. Taylor
US Attorney
Office of the United States Attorney
Judiciary Center Building
555 Fourth Street, NW
Washington, DC 20530

The Honorable Alberto R. Gonzalez
United States Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530

Daniel Meron, Esq.
Office of the General Counsel
United States Dep't of Health and Human Services
200 Independence Avenue S.W.
Washington, D.C., 20201

_____
James L. Feldesman
DC Bar No. 23796
Feldesman Tucker Leifer Fidell LLP
2001 L Street, N.W., Second Floor
Washington, D.C. 20036
(202) 466-8960 (telephone)
(202) 293-8103 (facsimile)
jfeldesman@feldesmantucker.com

enjoin defendants from making these payments, thereby forcing an end to the legal abuses caused by the Commonwealth's managed care Medicaid program.

## JURISDICTION, VENUE AND RELATED AUTHORITIES

9. This action arises under the provisions of Title XIX of the Social Security Act, 42 U.S.C. § 1396 *et seq.* (hereinafter the "Medicaid statute") and Section 330 of the Public Health Service Act (hereinafter "the PHS Act" or "Section 330"), codified at 42 U.S.C. § 254b.

10. The Court has jurisdiction over this case pursuant to 28 U.S.C. §§ 1331, 1343(a)(3) and (4), 1346 and 1361. Venue is proper in this District under 28 U.S.C. § 1391.

11. The declaratory and injunctive and other relief sought in this action is authorized under 28 U.S.C. §§ 2201 and 2202 and 42 U.S.C. § 1983. Equitable relief is available under 28 U.S.C. § 1651. Further, authority for this action and the remedies sought lies under 5 U.S.C. §§ 702-706.

## THE PARTIES
### Federally-Qualified Health Center Plaintiffs

12. FQHC plaintiffs are nonprofit Commonwealth of Puerto Rico corporations designated under the Medicaid statute as "Federally-qualified health centers". Both are located within Puerto Rico. Each such FQHC is a "health center" that receives a grant under Section 330.

13. Plaintiff Concilio de Salud Integral de Loiza, Inc. ("Loiza") operates a Section 330 funded health center that provides services principally within the poor, medically underserved community of Loiza, on the northeast coast of Puerto Rico.

14. Plaintiff Junta del Centro de Salud Comunal Dr. José S. Belaval, Inc. ("Belaval") operates in San Juan, where it is headquartered, and on the Isle of Culebra.

6