UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Concilio de Salud Integral de Loiza, Inc., et al.** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v.                            ) | Case No. 07-01034 (RMC) |
| ) | |
| **U.S. Department of Health and Human Services** ) | |
| **200 Independence Avenue, S.W.** ) | |
| **Washington, D.C. 20201,** ) | |
| ) | |
| **and** ) | |
| ) | |
| **Michael Leavitt, Secretary** ) | |
| **U.S. Department of Health and Human Services** ) | |
| **200 Independence Avenue, S.W.** ) | |
| **Washington, D.C. 20201** ) | |
| ) | |
| **Defendants.** ) | |

**NOTICE OF ENTRY OF APPEARANCE**

Please take notice that Khatereh S. Ghiladi of the law firm of Feldesman Tucker Leifer Fidell LLP, 2001 L Street, N.W., Suite 200, Washington, D.C. 20036, hereby enters her appearance as counsel for plaintiffs in the above-captioned litigation.

June 13, 2007                                Respectfully submitted,


/s/ Khatereh S. Ghiladi
Khatereh S. Ghiladi, Bar No. 435484
Feldesman Tucker Leifer Fidell LLP
2001 L Street, N.W.
Suite 200
Washington, D.C. 20036
(202) 466-8960 (phone)
(202) 293-8103 (fax)
kghiladi@ftlf.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 13, 2007 that a copy of the foregoing Notice of Entry of Appearance was mailed US Mail, postage prepaid, to the following:

United States Department of Health and Human Services
c/o Michael O. Leavitt
200 Independence Avenue, SW
Washington, DC 20201

Michael O. Leavitt
US Department of Health and Human Services
200 Independence Avenue, SW
Washington, DC 20201

Jeffrey A. Taylor
US Attorney
Office of the United States Attorney
Judiciary Center Building
555 Fourth Street, NW
Washington, DC 20530

The Honorable Alberto R. Gonzalez
United States Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530

Daniel Meron, Esq.
Office of the General Counsel
United States Dep't of Health and Human Services
200 Independence Avenue S.W.
Washington, D.C., 20201

                /s/ Khatereh S. Ghiladi
                Khatereh S. Ghiladi, Bar No. 435484
                Feldesman Tucker Leifer Fidell LLP
                2001 L Street, N.W., Second Floor
                Washington, D.C. 20036
                (202) 466-8960 (telephone)
                (202) 293-8103 (facsimile)
                kghiladi@ftlf.com