UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Concilio de Salud Integral de Loiza, Inc., *et al.* )<br>)<br>    Plaintiffs, )<br>)<br>v. ) Case No. 1:07-cv-1034 (RMC)<br>)<br>U.S. Department of Health and Human )<br>Services, *et al.* )<br>)<br>    Defendants. ) | |

### PLAINTIFFS' MOTION FOR EXTENSION OF TIME
### IN WHICH TO OPPOSE DEFENDANT'S MOTION TO DISMISS
### AND TO STRIKE ALL CLASS CLAIMS

Plaintiffs, Concilio de Salud Integral de Loiza, Inc., *et al.*, hereby move for an extension of time in which to file their opposition to defendant's Motion to Dismiss and to Strike All Class Claims and in support of their motion state as follows:.

1. On August 10, 2007, defendant filed his Motion to Dismiss and to Strike All Class Claims.

2. Plaintiffs' counsel in this matter are all scheduled to be on vacation in the latter part of August. This time out of the office, together with commitments in other ongoing cases, necessitate the need for this request.

3. Plaintiffs respectfully request that they be given until September 17, 2007 in which to submit their opposition to defendant's Motion to Dismiss and to Strike All Class Claims.

4. On August 13, 2007, counsel for defendants, Assistant United States Attorney Megan L. Rose, graciously advised that defendant consents to the relief requested herein.

For the foregoing reasons, plaintiffs respectfully request that the time in which to file their opposition to defendant's Motion to Dismiss and to Strike All Class Claims be extended until September 17, 2007.

Respectfully submitted,

*[signature: Kathy S. Ghiladi]*

Date: August 13, 2007

_____
James L. Feldesman ( D.C. Bar No. 23796)
jfeldesman@ftlf.com
Kathy S. Ghiladi (D.C. Bar No. 435484)
kghiladi@ftlf.com
Robert A. Graham (D.C. Bar No. 450345)
rgraham@ftlf.com

Feldesman Tucker Leifer Fidell LLP
2001 L Street, N.W., Second Floor
Washington, D.C. 20036
(202) 466-8960 (telephone)
(202) 293-8103 (facsimile)

*Attorneys for Plaintiffs*