UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Concilio de Salud Integral de Loiza, Inc., *et al.*   )
)
      Plaintiffs,   )
)
v.   ) Case No. 1:07-cv-1034 (RMC)
)
U.S. Department of Health and Human   )
Services, *et al.*   )
)
      Defendants.   )

**PLAINTIFFS' SECOND MOTION FOR EXTENSION OF TIME
IN WHICH TO OPPOSE DEFENDANT'S MOTION TO DISMISS
AND TO STRIKE ALL CLASS CLAIMS**

Plaintiffs, Concilio de Salud Integral de Loiza, Inc., *et al.*, hereby move for an extension of time in which to file their opposition to defendants' Motion to Dismiss and to Strike All Class Claims and in support of their motion state as follows:

1. On August 10, 2007, defendants filed their Motion to Dismiss and to Strike All Class Claims.

2. On or about August 15, 2007, plaintiffs sought and received an extension of time until September 17, 2007 in which to respond. With this filing, plaintiffs' counsel respectfully request a brief additional extension to September 24, 2007 in which to respond. This request is being made due to scheduling and staffing issues and commitments in other cases that have arisen for plaintiffs' counsel.

3. Plaintiffs respectfully request that they be given until September 24, 2007 in which to submit their opposition to defendants' Motion to Dismiss and to Strike All Class Claims.

4.   On September 4, 2007, counsel for defendants kindly advised that defendants consent to the relief requested herein.

For the foregoing reasons, plaintiffs respectfully request that the time in which to file their opposition to defendant's Motion to Dismiss and to Strike All Class Claims be extended until September 24, 2007.

Respectfully submitted,

Date: September 4, 2007

James L. Feldesman ( D.C. Bar No. 23796)
jfeldesman@ftlf.com
Kathy S. Ghiladi (D.C. Bar No. 435484)
kghiladi@ftlf.com
Robert A. Graham (D.C. Bar No. 450345)
rgraham@ftlf.com

Feldesman Tucker Leifer Fidell LLP
2001 L Street, N.W., Second Floor
Washington, D.C. 20036
(202) 466-8960 (telephone)
(202) 293-8103 (facsimile)

*Attorneys for Plaintiffs*