IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONCILIO DE SALUD INTEGRAL DE LOIZA, INC., ET AL. <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL O. LEAVITT, <br> Secretary, United States Department of Health and Human Services, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) Case No.07-01034 (RMC) ) ) ) ) ) ) ) |

**NOTICE OF APPEARANCE**

The Clerk will please enter the appearance of Deborah M. Chasan-Sloan as counsel for

the Defendant in the above-captioned case.

Respectfully submitted,

/s/
DEBORAH M. CHASAN-SLOAN
D.C. Bar No. 480560
Attorney
Office of the General Counsel
Department of Health and Human Services
Room 5309, Cohen Building
330 Independence Avenue, S.W.
Washington, D.C. 20201
202-619-2603

- 1 -