UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Concilio de Salud Integral de Loiza, Inc., *et al.* | )<br>)<br>) |
| Plaintiffs, | )<br>)<br>) |
| v. | ) Case No. 1:07-cv-1034 (RMC)<br>) |
| U.S. Department of Health and Human Services, *et al.* | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME IN WHICH TO MOVE FOR CLASS CERTIFICATION PURSUANT TO LOCAL RULE 23.1**

Plaintiffs, Concilio de Salud Integral de Loiza, Inc., *et al.*, hereby move for an extension of time in which to file their their motion for class certification and in support of said motion state as follows:

1. Local Rule 23.1(b) requires that a motion for class certification be submitted to the Court within 90 days after the filing of a complaint in a case sought to be maintained as a class action. The Complaint in this case was filed on June 8, 2007.

2. On August 10, 2007, defendants filed their Motion to Dismiss and to Strike All Class Claims. Plaintiffs have until September 24, 2007 in which to respond.

3.. Plaintiffs believe it serves the interests of efficiency and economy to file their motion for certification at the same time as their response to defendants' Motion to Dismiss and to Strike All Class Claims on September 24, 2007. In addition, the same scheduling issues that necessitated the extension of time in which to respond to the defendants Motion to Dismiss and to Strike All Class Claims are present here. Local Rule 23.1(b) and the comment thereto contemplate that the Court may exercise its discretion and enlarge the 90 day period.

4. On September 5, 2007, counsel for defendants advised that defendants consent to the relief requested herein.

For the foregoing reasons, plaintiffs respectfully request that the time in which to file their Local Rule 23.1 motion for class certification be extended and that the due date for such a motion be September 24, 2007.

Respectfully submitted,

Date: September 5, 2007

*[signature: Kathy S. Ghiladi]*

James L. Feldesman ( D.C. Bar No. 23796)
jfeldesman@ftlf.com
Kathy S. Ghiladi (D.C. Bar No. 435484)
kghiladi@ftlf.com
Robert A. Graham (D.C. Bar No. 450345)
rgraham@ftlf.com

Feldesman Tucker Leifer Fidell LLP
2001 L Street, N.W., Second Floor
Washington, D.C. 20036
(202) 466-8960 (telephone)
(202) 293-8103 (facsimile)

*Attorneys for Plaintiffs*