UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Concilio de Salud Integral de Loiza, Inc., *et al.*    )<br>                                                                             )<br>            **Plaintiffs,**                                             )<br>                                                                             )<br>    v.                                                                    ) Case No. 1:07-cv-1034 (RMC)<br>                                                                             )<br>U.S. Department of Health and Human           )<br>  Services, *et al.*                                                 )<br>                                                                             )<br>            **Defendants.**                                         ) | |

**PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF TIME IN WHICH TO MOVE FOR CLASS CERTIFICATION PURSUANT TO LOCAL RULE 23.1**

Plaintiffs, Concilio de Salud Integral de Loiza, Inc., *et al.*, hereby move for an extension of time in which to file their their motion for class certification and in support of said motion state as follows:

1.    Local Rule 23.1(b) requires that a motion for class certification be submitted to the Court within 90 days after the filing of a complaint in a case sought to be maintained as a class action. The Complaint in this case was filed on June 8, 2007.

2.    On August 10, 2007, defendants filed their Motion to Dismiss and to Strike All Class Claims. Plaintiffs have until September 24, 2007 in which to respond.

3..    In preparing their response to defendants' Motion to Dismiss and to Strike All Class Claims, it has become apparent to plaintiffs that it serves the interests of efficiency and economy to file their motion for class certification once briefing on dispositive motions has been completed and those motions have been disposed of. Last week, plaintiffs' counsel conferred with counsel for defendants and the parties agree to this approach.

4.     On September 21, 2007, counsel for defendants advised that defendants consent to the relief requested herein.

5.     Local Rule 23. 1(b) states that the deadline for filing the class certification motion can be extended by the Court in the exercise of its discretion. Additionally, every court has the "inherent" power to "control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for the litigants." *Landis v. North American Co.* 299 U.S. 248, 254 (1936). Here, a ruling on dispositive motions could determine the scope of plaintiffs' motion for class certification and the subsequent briefing on said motion.

For the foregoing reasons, plaintiffs respectfully request that the time in which to file their Local Rule 23.1 motion for class certification be extended and that the due date for such a motion occur within thirty (30) days following a ruling on the dispositive motions in this case.

Respectfully submitted,

Date: September 24, 2007

*[signature]*
_____
James L. Feldesman ( D.C. Bar No. 23796)
jfeldesman@ftlf.com
Kathy S. Ghiladi (D.C. Bar No. 435484)
kghiladi@ftlf.com
Robert A. Graham (D.C. Bar No. 450345)
rgraham@ftlf.com

Feldesman Tucker Leifer Fidell LLP
2001 L Street, N.W., Second Floor
Washington, D.C. 20036
(202) 466-8960 (telephone)
(202) 293-8103 (facsimile)

*Attorneys for Plaintiffs*