IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONCILIO DE SALUD INTEGRAL DE LOIZA, INC., ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL O. LEAVITT, Secretary, United States Department of Health and Human Services, <br><br> Defendant. | Case No. 07-01034 (RMC) |

### DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS AND TO RESPOND TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendant, Michael O. Leavitt, Secretary of Health and Human Services, hereby moves for an extension of time in which to file his reply to Plaintiffs' Opposition to Motion to Dismiss and an extension of time in which to file his opposition to Plaintiffs' simultaneously-filed Motion for Partial Summary Judgment. In support of his motion the Secretary avers as follows:

1. On September 24, 2007, Plaintiffs filed their Opposition to Defendant's Motion to Dismiss and, at the same time, filed a Motion for Partial Summary Judgment.

2. On October 1, 2007, this Court granted Plaintiffs' Consent Motion for Extension of Time to file their Motion for Class Certification, setting the deadline for such motion as within thirty (30) days of the date on which the Court rules on Defendant's Motion to Dismiss.

3. Defendant's agency counsel in this matter was out of the office several days

during the end of September due to religious observances and will be out for the same reason for several days in early October. This time out of the office, together with commitments in other ongoing matters, necessitate the need for an extension of time to respond to Plaintiffs' filings.

4. Defendant believes that, as with Plaintiffs' Motion for Extension of Time in which to file their Motion for Class Certification, it serves the interests of efficiency and judicial economy to file his response to the Plaintiffs' recently filed Motion for Partial Summary Judgment once briefing on the dispositive Motion to Dismiss currently pending before this Court has been concluded and the matter decided.

5. For the foregoing reasons, Defendant respectfully requests that the time in which to file his reply to Plaintiffs' Opposition to the Motion to Dismiss be extended until October 31, 2007.

6. Defendant further requests that the time for filing his Opposition to Plaintiffs' Motion for Partial Summary Judgment be continued until after this Court has ruled on the pending Motion to Dismiss. If this Court denies the Defendant's Motion to Dismiss, Defendant requests that he be afforded forty-five (45) days from the date of the Court's Order to file his answer to Plaintiffs' complaint and file his Opposition to Plaintiffs' Motion for Partial Summary Judgment, and any cross-motions. If the Court decides that briefing on Plaintiffs' Motion for Partial Summary should proceed prior to the Court's ruling on the pending dispositive Motion to Dismiss, the Secretary requests up to and including October 31, 2007 to file his answer, opposition, and any cross-motions.

7. On September 26, 2007, counsel for Plaintiffs, Kathy S. Ghiladi, indicated that Plaintiffs consent to an extension of time until October 31, 2007 for Defendant to reply to Plaintiffs' Opposition to Motion to Dismiss and Plaintiffs' Motion for Partial Summary

Judgment. However, she conveyed Plaintiffs' position that they do not support a bifurcation of briefing for the two motions and their desire to have their Motion for Partial Summary Judgment briefed and decided by the Court at the same time as the Motion to Dismiss.

Respectfully submitted,

Date: October 3, 2007

/s/
CHARLOTTE A. ABEL
D.C. Bar No. 388582
Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
202-307-2332


DEBORAH M. CHASAN-SLOAN
D.C. Bar No. 480560
Attorney
Office of the General Counsel
Department of Health and Human Services
Room 5309, Cohen Building
330 Independence Avenue, S.W.
Washington, D.C. 20201
202-619-2603

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONCILIO DE SALUD INTEGRAL DE LOIZA, INC., ET AL. <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL O. LEAVITT, <br> Secretary, United States Department of Health and Human Services, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.07-01034 (RMC) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**<u>ORDER</u>**

Based upon the motion, and the entire record herein, it is this __ day of _____, 2007,

ORDERED that the time within which Defendant shall file his reply to Plaintiffs' Opposition to Motion to Dismiss be extended until October 31, 2007; and it is further

ORDERED that the time for Defendant to respond to Plaintiffs' Motion for Partial Summary Judgment shall be continued until after this Court has ruled on the pending Motion to Dismiss. If this Court denies the Motion to Dismiss, Defendant shall be afforded forty-five (45) days from the date of the Court's Order to file his answer to Plaintiffs' complaint, his Opposition to Plaintiffs' Motion for Partial Summary Judgment, and any cross-motions.

_____
ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record via Electronic Case Filing System