UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Concilio de Salud Integral de Loiza, Inc., *et al.* | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:07-cv-1034 (RMC) |
| | ) |
| U.S. Department of Health and Human Services, *et al.* | ) |
| | ) |
| | ) |
| Defendants. | ) |

PLAINTIFFS' MOTION FOR EXTENSION OF TIME
IN WHICH TO RESPOND TO DEFENDANT'S OPPOSITION TO
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
AND TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT

Plaintiffs, Concilio de Salud Integral de Loiza, Inc., *et al.*, hereby move for an extension of time in which to file their their reply to defendant's opposition to plaintiffs' motion for summary judgment and their opposition to defendant's cross-motion for summary judgment and in support of said motion state as follows:

1.    On October 31, 2007, defendant filed his Reply in Support of Motion to Dismiss and Memorandum of Points and Authorities in Opposition to Plaintiffs' Motion for Partial Summary Judgment and In Support of Defendant's Cross-Motion for Summary Judgment. When this pleading was filed, lead counsel was out of town working on another matter.

2.    Due to a number of scheduling- and staffing-related reasons and pressing commitments in other cases, plaintiffs' counsel believe that they require additional time of thirty (30) days - - up to and including December 13, 2007 - - in which to respond to defendant's October 31, 2007 submission.

3.    On November 8, 2007, counsel for plaintiffs contacted counsel for defendant to determine whether defendant would consent to the relief requested herein. At the time this motion was filed, however, plaintiffs' counsel had not yet received a response.

For the foregoing reasons, plaintiffs respectfully request that the time in which to file their response to the October 31, 2007 submission be extended to December 13, 2007.

Respectfully submitted,

November 9, 2007

James L. Feldesman ( D.C. Bar No. 23796)
jfeldesman@ftlf.com
Kathy S. Ghiladi (D.C. Bar No. 435484)
kghiladi@ftlf.com
Robert A. Graham (D.C. Bar No. 450345)
rgraham@ftlf.com

Feldesman Tucker Leifer Fidell LLP
2001 L Street, N.W., Second Floor
Washington, D.C.  20036
(202) 466-8960 (telephone)
(202) 293-8103 (facsimile)

*Attorneys for Plaintiffs*

2