UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CONCILIO DE SALUD <br> DE LOIZA, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL O. LEAVITT, <br> Secretary, United States Department of <br> Health and Human Services, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civ. Action No. 07-1034 (RMC) <br> ECF |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Charlotte A. Abel as counsel of record for Defendant and withdraw the appearance of Assistant United States Attorney Megan L. Rose.

Dated: September 10, 2007              Respectfully submitted,


                                       /s/
                                       MEGAN L. ROSE, NC Bar No. 28639

                                       /s/
                                       CHARLOTTE A. ABEL
                                       D.C. Bar No. 388582
                                       Assistant United States Attorney
                                       555 Fourth St., N.W.
                                       Washington, D.C. 20530
                                       (202) 307-2332