UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Concilio de Salud Integral de Loiza, Inc., *et al.*   )
)
      Plaintiffs,   )
)
v.   ) Case No. 1:07-cv-1034 (RMC)
)
U.S. Department of Health and Human   )
Services, *et al.*   )
)
      Defendants.   )

**PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF TIME
IN WHICH TO RESPOND TO DEFENDANT'S OPPOSITION TO
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
AND TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Plaintiffs, Concilio de Salud Integral de Loiza, Inc., *et al.*, hereby move for an extension of time in which to file their their reply to defendant's opposition to plaintiffs' motion for summary judgment and their opposition to defendant's cross-motion for summary judgment and in support of said motion state as follows:

1. On October 31, 2007, defendant filed his Reply in Support of Motion to Dismiss and Memorandum of Points and Authorities in Opposition to Plaintiffs' Motion for Partial Summary Judgment and In Support of Defendant's Cross-Motion for Summary Judgment. When this pleading was filed, lead counsel was out of town working on another matter.

2. Plaintiffs currently have until December 13, 2007 in which to respond to defendant's October 31, 2007 submission.

3. Plaintiffs request a brief additional extension to December 20, 2007. There has been a death in the family of lead counsel and he has been out of the office for most of this week.

3. On December 5, 2007, counsel for defendant advised that defendant consents to the relief requested herein. Additionally, counsel for the parties agree that the date for defendant's reply could be set for January 14, 2007.

For the foregoing reasons, plaintiffs respectfully request that: (1) the time in which to file their response to defendant's October 31, 2007 submission be extended to December 20, 2007 and (2) defendant be given until January 14, 2007 to file any reply.

Respectfully submitted,

December 6, 2007

*/s/ Kathy Ghiladi*
_____
James L. Feldesman ( D.C. Bar No. 23796)
jfeldesman@ftlf.com
Kathy S. Ghiladi (D.C. Bar No. 435484)
kghiladi@ftlf.com
Robert A. Graham (D.C. Bar No. 450345)
rgraham@ftlf.com

Feldesman Tucker Leifer Fidell LLP
2001 L Street, N.W., Second Floor
Washington, D.C. 20036
(202) 466-8960 (telephone)
(202) 293-8103 (facsimile)

*Attorneys for Plaintiffs*