UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CONCILIO DE SALUD INTEGRAL DE LOIZA, INC., et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 07-01034 (RMC) |
| MICHAEL O. LEAVITT, Secretary, United States Department of Health and Human Services, | ) ) ) ) | |
| Defendant. | ) ) ) | |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Defendant, Michael O. Leavitt, Secretary of Health and Human Services ("Defendant" or the "Secretary"), hereby moves for an enlargement of time in which to file his Reply in support of his pending Cross-Motion for Summary Judgment and his Opposition to Plaintiffs' Motion for a Preliminary Injunction in this matter. In support of his motion, the Secretary states as follows:

1.      On December 20, 2007, Plaintiffs filed their Reply in support of their Motion for Partial Summary Judgment and their Opposition to Defendant's Cross-Motion for Summary Judgment. The following day, on December 21, 2007, Plaintiffs filed a Motion for a Preliminary Injunction.

2.      The Secretary's Reply in support of his Cross-Motion for Summary Judgment is currently due by January 14, 2008. See 12/6/07 Minute Order. The Secretary's Opposition to Plaintiffs' Motion for a Preliminary Injunction is currently due on January 2, 2008.

3.      Defendant's reviewing agency counsel, as well as several officials at the Centers

for Medicare & Medicaid Services who are involved in this matter, will be on leave until after

the first of the new year.  The unavailability of these staff, together with agency counsel's

commitments in other ongoing matters, made this motion for an extension of time to respond to

Plaintiffs' filings necessary.

4.      For the foregoing reasons, Defendant respectfully requests an extension to

January 18, 2008 to file his Reply in support of his Cross-Motion for Summary Judgment and his

Opposition to Plaintiffs' Motion for a Preliminary Injunction.

5.      This is the first enlargement of time sought by Defendant for these filings.  If

granted, this enlargement will have no effect on any other deadlines, as there is no scheduling

order in this case.

6.      Counsel for Plaintiffs, Kathy S. Ghiladi, has consented to an enlargement of time

until January 18, 2008 for both filings.

7.      This request is made in good faith and not for purposes of delay.

A proposed Order is attached.


                              Respectfully submitted,

Dated: December 27, 2007


                              _____/s/_____
                              JEFFREY A. TAYLOR
                              D.C. Bar No. 498610
                              United States Attorney

          /s/

CHRISTOPHER B. HARWOOD
Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
202-307-0372


          /s/

DEBORAH M. CHASAN-SLOAN
D.C. Bar No. 480560
Attorney
Office of the General Counsel
U.S. Department of Health and Human Services
Room 5309, Cohen Building
330 Independence Avenue, S.W.
Washington, D.C. 20201
202-619-2603

OF COUNSEL

DANIEL MERON
General Counsel

CAROL J. BENNETT
Acting Associate General Counsel

MARK D. POLSTON
Deputy Associate General
    Counsel for Litigation

United States Department of
    Health and Human Services

-3-

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on December 27, 2007, an electronic copy of Defendant's Consent Motion for Enlargement of Time was served on Plaintiffs' counsel via the Court's Electronic Case Filing system.


Respectfully submitted,


_____/s/_____
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
202-307-0372

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CONCILIO DE SALUD INTEGRAL DE     )
LOIZA, INC., et al.,     )
    )
    )
         Plaintiffs,     )
    )
      v.     )    Case No. 07-01034 (RMC)
    )
MICHAEL O. LEAVITT,     )
Secretary, United States Department of     )
Health and Human Services,     )
    )
        Defendant.     )
_____)

## ORDER

      Having considered Defendant's Consent Motion for Enlargement of Time, and the entire record herein, it is this _____ day of _____, 200__,

      ORDERED that Defendant's Consent Motion for Enlargement of Time be and hereby is GRANTED, and it is

      FURTHER ORDERED that Defendant shall have until January 18, 2008 to file his Reply in support of his Cross-Motion for Summary Judgment and his Opposition to Plaintiffs' Motion for a Preliminary Injunction.

                                 _____
                                 ROSEMARY M. COLLYER
                                 United States District Judge

Copies to:
Counsel of Record via the Court's Electronic Case Filing system