UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Concilio de Salud Integral de Loiza, Inc., *et al.*    )
                                                       )
      Plaintiffs,                                  )
                                                       )
v.                                                     ) Case No. 1:07-cv-1034 (RMC)
                                                       )
U.S. Department of Health and Human                    )
Services, *et al.*                                     )
                                                       )
      Defendants.                                 )

**PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF TIME
IN WHICH TO REPLY TO DEFENDANT'S OPPOSITION TO
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs, Concilio de Salud Integral de Loiza, Inc., *et al.*, hereby move for an extension of time in which to file their their reply to defendant's opposition to plaintiffs' motion for preliminary injunction:

1. On January 18, 2008, defendant filed his Reply in Support of Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Preliminary Injunction.

2. Ordinarily, plaintiffs would have until January 28, 2008 in which to reply to defendant's opposition to plaintiffs' motion for preliminary injunction.

3. Plaintiffs request a brief additional extension to February 8, 2008 in order to accommodate their schedules and prior commitments. Additionally, undersigned counsel was recently out of the office briefly due to illness.

3. On January 23, 2008, undersigned counsel spoke with counsel for defendant who kindly advised that the defendant consents to the relief requested herein.

For the foregoing reasons, plaintiffs respectfully request that the time in which to file their reply be extended to February 8, 2008.

Respectfully submitted,

January 23, 2008

*[signature]*
_____
James L. Feldesman ( D.C. Bar No. 23796)
jfeldesman@ftlf.com
Kathy S. Ghiladi (D.C. Bar No. 435484)
kghiladi@ftlf.com
Robert A. Graham (D.C. Bar No. 450345)
rgraham@ftlf.com

Feldesman Tucker Leifer Fidell LLP
2001 L Street, N.W., Second Floor
Washington, D.C. 20036
(202) 466-8960 (telephone)
(202) 293-8103 (facsimile)

*Attorneys for Plaintiffs*

2