UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Concilio de Salud Integral de Loiza, Inc., *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>U.S. Department of Health and Human )<br>Services, *et al.* )<br>)<br>Defendants. ) | Case No. 1:07-cv-1034 (RMC) |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME
IN WHICH TO REPLY TO DEFENDANT'S OPPOSITION TO
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs, Concilio de Salud Integral de Loiza, Inc., *et al.*, hereby move for an additional extension of time in which to file their their reply to defendant's opposition to plaintiffs' motion for preliminary injunction:

1. On January 18, 2008, defendant filed his Reply in Support of Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Preliminary Injunction.

2. On January 24, 2008, the Court granted plaintiffs' January 23, 2008 consent motion for an extension of time to February 8, 2008 in which to reply to defendant's opposition to plaintiffs' motion for preliminary injunction.

3. Plaintiffs' counsel request a brief additional extension to February 15, 2008 in order to accommodate their schedules, prior commitments, and recent additions to their workload. Even though plaintiff' counsel practice in a firm of thirty lawyers, only approximately five of those lawyers routinely work in the area of Medicaid litigation. There is a lot at stake here for plaintiffs in this case of first impression. Plaintiffs' counsel believe they need to perform some additional verification of facts in connection with their review of defendant's latest

submission and plaintiffs' forthcoming Reply on preliminary injunction and it is likely that this work will necessitate travel to San Juan, Puerto Rico in order to meet with client representatives. While most of the client representatives do speak English, there is still a language barrier that makes it desirable to meet in person as opposed to conducting discussions over the telephone. All of this takes time to arrange and plaintiffs' counsel believe in good faith that taking this additional time in order to complete their Reply best serves their clients' interests and this motion is not being made to cause undue delay.

4.    On January 30, 2008, undersigned counsel spoke with counsel for defendant who advised that the defendant does not consent to the relief requested herein.

For the foregoing reasons, plaintiffs respectfully request that the time in which to file their reply be extended to February 15, 2008.

January 31, 2008

Respectfully submitted,

/s/ Kathy S. Ghiladi
_____
James L. Feldesman ( D.C. Bar No. 23796)
jfeldesman@ftlf.com
Kathy S. Ghiladi (D.C. Bar No. 435484)
kghiladi@ftlf.com
Robert A. Graham (D.C. Bar No. 450345)
rgraham@ftlf.com

Feldesman Tucker Leifer Fidell LLP
2001 L Street, N.W., Second Floor
Washington, D.C. 20036
(202) 466-8960 (telephone)
(202) 293-8103 (facsimile)

*Attorneys for Plaintiffs*