UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONCILIO DE SALUD INTEGRAL DE LOIZA, INC., *et al.*, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case No. 07-01034 (RMC) |
| MICHAEL O. LEAVITT, ) Secretary, United States Department of ) Health and Human Services, ) ) | |
| Defendant. ) ) | |

## NOTICE

Defendant, the Secretary of the U.S. Department of Health and Human Services (the "Secretary"), files this notice to update the Court on the status of the approval by the Centers for Medicare & Medicaid ("CMS") of the contracts between the Commonwealth of Puerto Rico and the managed care organizations ("MCOs") with which Puerto Rico contracts to operate its Medicaid managed care program. At the time of the filing of the Secretary's Reply in Support of his Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion for a Preliminary Injunction (the "brief") on January 18, 2008, the CMS Regional Office for Region II (the relevant region) was in the process of reviewing Puerto Rico's MCO contracts for the period November 1, 2006 though June 30, 2008, and the brief noted that approval of those contracts (which were attached to the brief as Exhibits 9-11) was expected very soon. *See* Def.'s Br. at 12.

On January 29, 2008, CMS sent a letter to Wendy Matos of the Puerto Rico Department of Health informing her that CMS has conditionally approved Puerto Rico's MCO contracts for that time period, including Puerto Rico's contract with MCS Health Management Options, the

MCO that subcontracts with Plaintiffs Concilio de Salud Integral de Loiza, Inc. and Junta del Centro de Salud Comunal Dr. José S. Belaval, Inc.  (The January 29, 2008 letter is attached hereto as Exhibit 1.)  The conditions placed by CMS on its continuation of approval of the contracts pertain to cost-sharing amounts imposed on Medicaid beneficiaries, not at issue in the instant case.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498610


/s/
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
202-307-0372


/s/
DEBORAH M. CHASAN-SLOAN
D.C. Bar No. 480560
Attorney
Office of the General Counsel
Department of Health and Human Services
Room 5309, Cohen Building
330 Independence Avenue, S.W.
Washington, D.C. 20201
202-619-2603

<u>OF COUNSEL</u>:

JAMES C. STANSEL
Acting General Counsel

JANICE HOFFMAN
Associate General Counsel

MARK D. POLSTON
Deputy Associate General Counsel for Litigation

United States Department of
Health and Human Services



DEPARTMENT OF HEALTH & HUMAN SERVICES



CENTERS for MEDICARE & MEDICAID SERVICES

Region II
Federal Building
26 Federal Plaza
New York, NY 10278

January 29, 2008

Wendy Matos, Ph.D., Executive Director
Office of Economic Assistance to the Medically Indigent
Department of Health
P.O. Box 70184
San Juan, Puerto Rico 00936-8184

Dear Dr. Matos:

This letter is to inform you that the Centers for Medicare & Medicaid Services are *conditionally approving* the contracts listed below. The contracts provide physical health care services to Medicaid recipients on a prepaid capitated basis and are in effect for twenty (20) months from November 1, 2006 to June 30, 2008.

| Managed Care Organization Contract | Contract Number | Health Region | Effective Date | Date of Approval |
|---|---|---|---|---|
| Humana Health Plans of Puerto Rico, Inc. | 08-069 | East | 11/01/06 | 11/01/06 |
|  |  | Southeast | 11/01/06 | 11/01/06 |
| MCS Health Management Options | 08-066 | Northeast | 11/01/06 | 11/01/06 |
|  |  | San Juan | 11/01/06 | 11/01/06 |
|  |  | West | 11/01/06 | 11/01/06 |
| Triple S, Inc. | 08-065 | North | 11/01/06 | 11/01/06 |
|  |  | Southwest | 11/01/06 | 11/01/06 |

The following are the conditions for CMS's continuation of approval of the contracts:

- Cost sharing State Plan Amendment (SPA) 07-002, effective 10/1/07, is approved by CMS.
- Co-payment amounts imposed on Medicaid beneficiaries from January 1, 2007 to September 30, 2007, the period prior to the effective date of the SPA, must be refunded to any Medicaid beneficiary requesting a refund. The Commonwealth is not required to issue a public notice to this effect.
- Humana, MCS and Triple S contracts have to be amended to provide that any cost-sharing charges the MCO imposes on Medicaid enrollees are in accordance with the requirements set forth in 42 CFR 447.50 and 447.53 through 447.58 for cost-sharing charges imposed by the Commonwealth of PR.

Page 2 Wendy Matos, Ph.D

In addition, the letter dated October 18, 2007 to ASES requested several revisions to the contracts to assure that the language in the contract is consistent with federal requirements. The following revisions were requested and not completed. So again, we ask that the contracts between Humana, MCS and Triple S are amended as follows:

- Article XV, Quality of Healthcare and Performance Program, item A. first paragraph, add after "438.204", the words "and will measure and report to the Administration on an annual basis" (checklist D.3.07 – D.3.09, page 22).
- Article XV, second paragraph change "42 CFR Subpart D and E" to "42 CFR 438 Subpart D and E".
- Excluded providers: FFP is not available for amounts expended for providers excluded by Medicare, Medicaid or SCHIP except for emergency services (checklist H.2.03, page 33). In the PIHP contracts this language is included under Article VIII, 3D.

Pursuant to section 1903(m)(2)(a)(iii) of the Social Security Act, any other modification of the current contract, as well as a renewed contract must be submitted to CMS for prior approval. In approving these contracts, CMS will exercise its authority to require that any element approved and subsequently determined to be impermissible under statute or regulation be appropriately modified or deleted.

If you have any questions, please contact Doretha Howard at (212) 616-2425.

Sincerely,

Sue Kelly
Associate Regional Administrator
Division of Medicaid and Children's Health

cc: Minerva Rivera
    Delia Lasanta
    Luis Donate-Silva