UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Concilio de Salud Integral de Loiza, Inc., *et al.* | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:07-cv-1034 (RMC) |
| | ) |
| U.S. Department of Health and Human Services, *et al.* | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFFS' RENEWED MOTION FOR EXTENSION OF TIME
IN WHICH TO REPLY TO DEFENDANT'S OPPOSITION TO
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs, Concilio de Salud Integral de Loiza, Inc., *et al.*, hereby move for an additional extension of time in which to file their their reply to defendant's opposition to plaintiffs' motion for preliminary injunction:

1. On January 18, 2008, defendant filed his Reply in Support of Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Preliminary Injunction.

2. On January 24, 2008 the Court granted plaintiffs' January 23, 2008 motion for an extension of time to February 8, 2008 in which to reply to defendant's opposition to plaintiffs' motion for preliminary injunction.

3. On January 31, 2008, plaintiffs' counsel requested a further extension to February 15, 2008 in order to accommodate their schedules, prior commitments, and recent additions to their workload. There has been no ruling yet on this motion. On February 4, 2008, defendant filed with the Court a Notice of Conditional Approval of MCO Contracts advising that Puerto Rico's MCO contracts were conditionally approved for the period November 1, 2006 through

June 30, 2008, and attached to the Notice was a January 29, 2008 letter from CMS to an official in Puerto Rico's Department of Health.

  4.  Defendant's Notice presents new facts for plaintiffs to evaluate relative to their Reply on preliminary injunction and, as such, defendant's recent filing provides further good cause for plaintiffs' extension request. This request is not being made for the purposes of undue delay and plaintiffs do not seek any additional time beyond that requested in their last extension request, *i.e.*, that they be permitted to file their Reply on February 15, 2008.

  4.  Counsel for defendant had advised that the defendant did not consent to the relief requested in last week's extension motion. Plaintiff has not yet heard back from defendant's counsel as to whether defendant would consent to the relief requested in this renewed motion.

  For the foregoing reasons, plaintiffs respectfully request that the time in which to file their reply be extended to February 15, 2008.

February 7, 2008

Respectfully submitted,

/s/ Kathy S. Ghiladi

James L. Feldesman ( D.C. Bar No. 23796)
jfeldesman@ftlf.com
Kathy S. Ghiladi (D.C. Bar No. 435484)
kghiladi@ftlf.com
Robert A. Graham (D.C. Bar No. 450345)
rgraham@ftlf.com

Feldesman Tucker Leifer Fidell LLP
2001 L Street, N.W., Second Floor
Washington, D.C. 20036
(202) 466-8960 (telephone)
(202) 293-8103 (facsimile)

*Attorneys for Plaintiffs*

2