# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **CONCILIO DE SALUD INTEGRAL DE LOIZA, INC.**, *et al.*, ) ) ) ) Plaintiffs, ) ) v. ) ) U.S. DEPARTMENT OF HEALTH AND ) HUMAN SERVICES, *et al.*, ) ) Defendants. ) ) | Civil Action No. 07-1034 (RMC) |

## ORDER

For the reasons stated in the Memorandum Opinion filed separately and contemporaneously herewith, it is hereby

**ORDERED** that Defendant's Motion to Dismiss [Dkt. # 8] is **GRANTED**; and it is

**FURTHER ORDERED** that all other pending motions are **DENIED** as moot; and it is

**FURTHER ORDERED** that this case is **DISMISSED**; accordingly, this case is closed.

This is a final appealable order.  *See* Fed. R. App. P. 4(a).

**SO ORDERED**.

Date: March 12, 2008

/s/
ROSEMARY M. COLLYER
United States District Judge