**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Concilio de Salud Integral de Loiza, Inc.** *et. al* )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**U.S. Department of Health and Human** )<br> **Services,** *et al.* )<br>)<br>**Defendants.** ) | Case No. 07-1034 (RMC) |

## NOTICE OF APPEAL

Pursuant to 28 U.S.C. §§ 1291 and 1292 (relating to plaintiffs' preliminary injunction motion that was denied as moot), plaintiffs file this notice of appeal from the Court's order and judgment of March 12, 2008 dismissing the above-captioned case. *See* D. 42.

March 21, 2008                                          Respectfully submitted,


                                                        /s/ James L. Feldesman
                                                        James L. Feldesman (PHV)
                                                        Feldesman Tucker Leifer Fidell LLP
                                                        2001 L Street, N.W., Second Floor
                                                        Washington, DC  20036
                                                        (202) 466-8960 (telephone)
                                                        (202) 293-8103 (facsimile)

                                                        *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 21, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Christopher Blake Harwood
U.S. Attorney's Office
555 Fourth Street, N.W., Suite 4220
Washington, D.C. 20530

Deborah M. Chasan-Sloan
U.S. Department of Health and Human Services
330 Independence Avenue, S.W.
Washington, D.C. 20201

At Washington, D.C., March 21, 2008  /s/ James L. Feldesman
                 James L. Feldesman
                 Attorney for Plaintiffs
                 Feldesman Tucker Leifer Fidell LLP
                 2001 L Street, N.W., Suite 200
                 Washington, D.C. 20036
                 (202) 466-8960 (telephone)
                 (202) 293-8103 (facsimile)
                 jfeldesman@feldesmantucker.com